UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------

CLIFTON A. PHILLIPS, JR.,

                               Plaintiff,

    vs                                               9:03-CV-1019

ROY A. GIRDICH, Superintendent, Upstate
Correctional Facility; JOHN J. DONELLI, First
Deputy Superintendent, Upstate Correctional
Facility; and A. BOUCAUD, Deputy Superintendent
of Administration, Upstate Correctional Facility,

                               Defendants.

-----------------------------------------

APPEARANCES:                              OF COUNSEL:

CLIFTON A. PHILLIPS, JR.
Plaintiff, Pro Se
99-A-1263
Upstate Correctional Facility
309 Bare Hill Road
PO Box 2001
Malone, NY 12953

HON. ANDREW M. CUOMO            CHRISTOPHER W. HALL, ESQ.
Attorney General of the                 Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## O R D E R

      Plaintiff, Clifton A. Phillips, Jr., brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  In a Report Recommendation dated September 5, 2007, the Honorable David R.

Homer, United States Magistrate Judge, recommended that the defendants' motion for

summary judgment be granted as to all claims and all defendants. Objections to the Report Recommendation have been filed by the plaintiff, and defendants filed a letter response to plaintiff's objections.

Based upon a de novo review of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motion for summary judgment is GRANTED;

2. The complaint is DISMISSED in all respects; and

3. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated: October 17, 2007
       Utica, New York.